UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMODOU FYE,<br><br>                              Plaintiff,<br><br>-against-<br><br>BAEZ HUGHES DEVELOPMENT CORP., *et al.*,<br><br>                              Defendants. | Case No. 1:25-cv-01527 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On February 24, 2025, Plaintiff initiated this action, *see* Dkt. 1, and on March 24, 2025, the Court referred the case to the Court-annexed mediation program, *see* Dkt. 17. On May 27, 2025, Defendants filed an Answer to Plaintiff's Complaint, *see* Dkt. 22, and on June 12, 2025, the parties participated in a mediation conference.

On July 8, 2025, more than 21 days after Defendants filed their Answer, Plaintiff filed an amended complaint without requesting leave from the Court or indicating whether Defendants consented to the amendment. Dkt. 23; *see* Fed. R. Civ. P. 15(a)(1)-(2) ("A party may amend a pleading as a matter of course no later than . . . 21 days after serving it, or . . . 21 days after service of a responsive pleading. . . . In all other cases, a party may amend its pleading *only with the opposing party's consent or the court's leave*." (emphasis added)).

Accordingly, it is hereby ORDERED that no later than **July 11, 2025**, the parties shall file a joint letter (1) informing the Court whether Defendants consent to Plaintiff's filing of an amended complaint, and (2) providing a status update regarding mediation.

Dated: July 9, 2025
          New York, New York

                                                            SO ORDERED.

                                                            *Jennifer Rochon*
                                                            JENNIFER L. ROCHON
                                                            United States District Judge