UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MOHAMODOU FYE,

                          Plaintiff,                      **25 Civ. No. 1527 (JLR) (GS)**

      -against-                                  **PRE-SETTLEMENT
CONFERENCE ORDER**

BAEZ HUGHES DEVELOPMENT
CORP, *et al.,*

                          Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Friday, August 29, 2025 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 569 381 379#.**

       SO ORDERED.

DATED:    New York, New York
               August 21, 2025

                                                                              _____
                                                                             The Honorable Gary Stein
                                                                             United States Magistrate Judge