**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

MOHAMODOU FYE,

                           Plaintiff,

               -against-

BAEZ HUGHES DEVELOPMENT
CORP., *et al.,*

                         Defendants.
------------------------------------------------------------------X

**25 Civ. No. 1527 (JLR) (GS)**

**<u>VIDEO STATUS</u>**
**<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Wednesday, December 10, 2025 at 10:00 a.m.**  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [294 162 307 208 4]  Passcode: [sC34CY7C]**

       **SO ORDERED.**

DATED:      New York, New York
              October 17, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge