**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
MOHAMODOU FYE,

                           Plaintiff,

                -against-

BAEZ HUGHES DEVELOPMENT CORP.,
VALDESIA GARDENS LLC, 320 E 176th
STREET LLC, LEOPOLDO BAEZ, and
EMANUEL KAMBANIS,

                        Defendants.
--------------------------------------------------------------------------X

**25 Civ. No. 1527 (JLR) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On November 18, 2025, the Court issued an order granting Nadav Zamir and Benjamin Yeamans, of the law firm Group Five Legal LLP (the "Firm"), leave to withdraw as counsel of record for Defendants in this action. (Dkt. No. 46 at 5 (the "November 18, 2025 Order")). The Court further directed the Clerk of Court to serve a copy of the November 18, 2025 Order on Defendants via certified mail. (*Id.*). Noting that corporate entities may not appear *pro se* in federal actions, the November 18, 2025 Order further provided that if the corporate Defendants, Baez Hughes Development Corp. ("Baez Hughes"), Valdesia Gardens LLC ("Valdesia Gardens"), and 320 E 176th Street LLC ("320 E 176th Street") did not secure new counsel within 30 days of the Order, Plaintiffs may move for a default judgment against the corporate Defendants. (*Id.*).

Since the November 18, 2025 Order, no attorneys have filed a notice of appearance on behalf of any of the Defendants with the exception of Defendant Emanuel Kambanis. (Dkt. No. 48). The Court has learned, however, that the Clerk of Court was unable to send a copy of the November 18, 2025 Order to Defendants because no addresses for Defendants

are on file on the docket.  The Court has since been able to locate addresses for the Defendants (other than Kambanis) based on the corporate Defendants' filings with the New York Department of State as reflected on the Department of State's website (https://apps.dos.ny.gov/publicInquiry/#search) and the Affidavit of Service pertaining to Mr. Baez (Dkt. No. 12).

Accordingly, in order to ensure that the Defendants receive notice of the withdrawal of their counsel and a full opportunity to litigate this case, and that the corporate Defendants are aware of the requirement that they appear through new counsel if they wish to defend against Plaintiffs' claims, IT IS HEREBY ORDERED that:

1.    A video status conference is scheduled in this action for **January 20, 2026 at 2:30 p.m.**  The individual Defendants (Mssrs. Baez and Kambanis) may appear at the conference either through counsel or individually.  The corporate Defendants (Baez Hughes, Valdesia Gardens, and 320 E 176th Street) also may appear at the conference either through counsel or through any other appropriate corporate representative (it being understood that, as noted above, the corporate Defendants ultimately will need to retain counsel for this case).  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: 228 726 321 458 86  Passcode: 76Yd9cZ6**

2.    Any right of Plaintiffs to seek a default judgment is held in abeyance pending the status conference.

3.    The Clerk of Court is respectfully directed to send a copy of this Order and the November 18, 2025 Order via certified mail to the following Defendants at the following addresses:

        a.  Baez Hughes Development Corp.

831 E. 150th St.
Bronx, NY  10455

b.  Valdesia Gardens LLC
320 E. 176th St., Apt. 1B
Bronx, NY  10457

c.  320 E. 176th Street, LLC
320 E. 176th St., Apt. 1B
Bronx, NY  10457

d.  Leopoldo Baez
320 E. 176th St., Management Office
Bronx, NY  10451

e.  Leopoldo Baez
831 E. 150th St.
Bronx, NY  10455

4.    The Clerk of Court is further respectfully directed to send a copy of this Order

and the November 18, 2025 Order via certified mail to Defendants' prior counsel at the

following address:

Nadav Zamir, Esq.
Benjamin Yeamans, Esq.
Group Five Legal LLP
11 Broadway, Suite 615
New York, NY  10004

5.    Upon receipt, Mssrs. Zamir and Yeamans are hereby directed to provide a copy of

this Order and the November 18, 2025 Order to Defendants through whatever means are best

calculated to reach Defendants.  This may include, but should not be limited to, emailing a copy

of the documents to Joseph Dimyan at the email address jedlawct@aol.com.  (*See* Dkt. No. 46 at

6 (Certificate of Service indicating that the Firm served its application to withdraw via email

service to Mr. Dimyan, "Defendants' internal counsel," at this email address)).

**SO ORDERED.**

DATED:    New York, New York
           January 5, 2026

_____

The Honorable Gary Stein
United States Magistrate Judge