# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

**MEMO ENDORSED**

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

February 24, 2026

Application granted.  The Court adopts the parties' proposed discovery schedule as to Defendant Emmanuel Kambanis. Plaintiff shall move for default as to Defendants Baez Hughes Development Corp., Valdesia Gardens LLC, 320 E 176th Street and Leopoldo Baez by no later than April 17, 2026.  The parties shall submit a status update by no later than April 27, 2026.  SO ORDERED.

Date:   February 25, 2026

**VIA ECF**
Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Gary Stein
United States Magistate Judge
Southern District of New York

> *Re:*   *Fye v. Baez Hughes Development Corp., et al.*
> *SDNY Case No.: 25-CV-01527-JLR-GS*

Dear Magistrate Judge Stein:

This office represents the Plaintiff in the above-referenced matter.  This letter is respectfully submitted with counsel for the appearing Defendant, Emmanuel Kambanis, along with the letter submitted by Mr. Kambanis's attorney on January 29, 2026 (*ECF No. 50*), to update the Court on the status of the matter and to schedule deadlines for the matter.

As to appearing Defendant Kambanis, counsel for the parties have agreed to the following discovery schedule:

1.  March 20, 2026 – deadline for discovery demands;

2.  April 24, 2026 – deadline for discovery responses;

3.  June 5, 2026 – deadline for party depositions

Should the Court require additional dates for the discovery schedule we will confer and readily provide same, as well as to address any status conference that the Court may want to hold while discovery is pending.

As to the non-appearing defendants – Baez Hughes Development Corp., Valdesia Gardens LLC, 320 E 176th Street and Leopoldo Baez – Plaintiff respectfully requests until April 17, 2026 to submit all appropriate papers for a default to be entered against them.

Magistrate Judge Gary Stein
February 24, 2026
Page 2

       Should the Court require any additional information from the parties, we will confer and readily provide same.  Thank you for your time and courtesies.

                                          Respectfully submitted,
                                          Law Offices of Yale Pollack, P.C.

                                          */s/ Yale Pollack*
                                          Yale Pollack, Esq.

cc:      Defendants' Counsel (via ECF)