

# Law Offices of Yale Pollack, P.C.

66 Split Rock Road
Syosset, New York 11791
Phone: (516) 634-6340
Fax: (516) 634-6341
www.yalepollacklaw.com

**MEMO ENDORSED**

Yale Pollack, Esq.
ypollack@yalepollacklaw.com

April 13, 2026

**Application granted. Plaintiff's deadline to file his motion for default judgment in this matter is extended to May 1, 2026.  SO ORDERED.**

**Date:    April 16, 2026**

**VIA ECF**

Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Gary Stein*
**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**

> **Re:    *Fye v. Baez Hughes Development Corp., et al.***
> ***SDNY Case No.: 25-CV-01527-JLR-GS***

Dear Magistrate Judge Stein:

This office represents the Plaintiff in the above-referenced matter.  This letter is respectfully submitted to seek an extension of time to submit a motion for a default judgment against the non-appearing defendants – Baez Hughes Development Corp., Valdesia Gardens LLC, 320 E 176th Street and Leopoldo Baez – which is currently due to be filed by April 17, 2026. *See ECF No. 52*.  As I am still in the process of preparing the documents and then needing to speak with my client in order for him to review and sign any papers needed with the default motion, we respectfully request an extension of time of two (2) weeks until May 1, 2026 to file the default papers with the Court.

Should the Court require any additional information from the parties, we will confer and readily provide same.  Thank you for your time and courtesies.

Respectfully submitted,
Law Offices of Yale Pollack, P.C.

*/s/ Yale Pollack*_____
Yale Pollack, Esq.

cc:    Defendants' Counsel (via ECF)