UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMODOU FYE,

Plaintiff,

-against-

BAEZ HUGHES DEVELOPMENT CORP., et al.,

Defendants.

Case No. 1:25-cv-01527 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been advised that all claims asserted herein have been settled in principle. Accordingly, by **August 6, 2026**, the parties shall submit a joint letter to this Court clarifying whether they intend to resolve this matter through an offer of judgment and acceptance pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019), or through submission of a settlement agreement for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties' letter should also provide an estimate of the time needed to complete and file their submission.

In addition, if the parties consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge, Plaintiffs shall, by **August 13, 2026**, file on the docket a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/node/754. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

The parties' deadline to complete discovery, *see* Dkt. 68, is adjourned *sine die*.

Dated: July 23, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge